IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior U.S. Judge John L. Kane

Civil Action No.  1:14-cv-00914-JLK

**JENNIFER R. SCHMIT**

    Plaintiff,

v.

**SKYWEST AIRLINES, INC.,**

    Defendant

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

**Kane, J.**

The Court having, reviewed the Parties Joint Motion to Amend Scheduling Order (Doc. 18), **GRANTS** the Motion and **ORDERS** the discovery deadlines in the above-captioned Civil Action amended as follows:

    a.    **Plaintiff's Responses to Defendant's Discovery Requests:**

    January 16, 2015

    b.    **Discovery Cut-off:**

    April 5, 2015

    c.    **Dispositive Motion Deadline:**

    May 5, 2015

Dated December 23, 2014

                                           **s/John L. Kane**
                                           SENIOR U.S. DISTRICT COURT JUDGE

2