IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-914-JLK**

**JENNIFER R. SCHMIT,**

    Plaintiff,

v.

**SKYWEST AIRLINES, INC.,**

    Defendant.

___

## MINUTE ORDER

Judge John L. Kane ORDERS

For the reasons specified in the telephonic hearing on Defendant's Motion to Compel (Doc. 24), Defendant's motion is GRANTED. Accordingly,

IT IS ORDERED that Plaintiff shall have twenty (20) days to comply with her obligations under Fed. R. Civ. P. 33 and 34 with regards to Defendant's Interrogatories Nos. 1,5, 7, 8, 10, 14, 15, and 16, and Defendant's Requests for Production Nos. 2, 6, and 9;

IT IS FURTHER ORDERED that if Plaintiff fails to do so, an order of preclusion will enter, barring her from presenting any evidence in this proceeding relating to the subject matter of the Interrogatories and Requests for Production with which she has not met her obligations; and

IT IS FURTHER ORDERED that no depositions shall be conducted until Plaintiff has complied with her obligations in according with this Minute Order.

DATED:     April 6, 2015