IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-914-JLK**

**JENNIFER R. SCHMIT,**

        Plaintiff,

v.

**SKYWEST AIRLINES, INC.,**

        Defendant.

## ORDER

Kane, J.

**THIS MATTER** is before the Court on Kimberlie Ryan's and the Ryan Law Firm's Motion to Withdraw as Counsel for Plaintiff, Jennifer R. Schmit (Doc. 26), filed April 25, 2015. The Motion is **GRANTED.** Kimberlie Ryan is allowed to withdraw as counsel for the Plaintiff, Jennifer R. Schmit. Electronic mail notification to Kimberlie Ryan is terminated in this case.

**IT IS FURTHER ORDERED** that this matter is set for a **Status Conference** on **Monday, June 15, 2015, at 2:00 PM.** Plaintiff, Jennifer R. Schmit, shall be considered as a *pro se* Plaintiff until such time as the Court is notified otherwise. Plaintiff must attend the Status Conference **in person** if proceeding *pro se* or have counsel in attendance for her.

The clerk is directed to mail this order directly to plaintiff at the following address: Jennifer R. Schmit, 142 N. Crestview Terrace, Bigfork, MT 59911.

Dated this 27th day of May, 2015.

                                                          BY THE COURT:

                                                          *s/John L. Kane*
                                                          SENIOR U.S. DISTRICT JUDGE