IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **14-cv-914-JLK**

**JENNIFER R. SCHMIT,**

        Plaintiff,

v.

**SKYWEST AIRLINES, INC.,**

        Defendant.

---

## ORDER

Kane, J.

The Status Conference currently scheduled for Monday, June 15, 2015, at 2:00 P.M. is **VACATED AND RESET FOR 2:00 PM. ON MONDAY, JUNE 29, 2015, AT 2:00 P.M**. Plaintiff, Jennifer R. Schmit, shall be considered as a *pro se* Plaintiff until such time as the Court is notified otherwise. Plaintiff must attend the Status Conference **in person** if proceeding *pro se* or have counsel in attendance for her.

The clerk is directed to mail this order directly to plaintiff at the following address: Jennifer R. Schmit, 142 N. Crestview Terrace, Bigfork, MT 59911.

Dated June 8, 2015
.

                              BY THE COURT:

                              *s/John L. Kane*
                              SENIOR U.S. DISTRICT JUDGE