IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:14-cv-000914-JLK

JENNIFER SCHMIT,

Plaintiff,

v.

SKYWEST AIRLINES, INC.,

Defendant

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER COMES before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice (Doc. 42), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion (Doc. 42) is GRANTED. Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Court dismisses this case with prejudice, each party to bear their own costs and attorney fees.

DATED this 11th day of September, 2015.

_____
John L. Kane
Senior U.S. District Court Judge